IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FAUSTINO HERNANDEZ.

    Plaintiff,

vs.   Case No. 2:24-cv-1242-SMD-KRS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
DOES 1-10.

    Defendants.

## ORDER GRANTING STIPULATED MOTION
## TO EXTEND EXPERT DISCLOSURE DEADLINE

**THIS MATTER** is before the Court upon the Parties' Stipulated Motion to Extend Expert Disclosure Deadline (Doc. 29). Having reviewed the Motion, and noting the parties' agreement to the relief requested and their representation that it will not impact the trial date, the Court finds that the Motion is well-taken.

**IT IS THEREFORE ORDERED** that the Motion is GRANTED as follows:

1. Plaintiff's expert disclosure deadline is extended from May 15, 2025 to **July 1, 2025**.

2. Defendant expert disclosure deadline is extended from June 13, 2025 to **August 15, 2025**.

IT IS SO ORDERED this 16th day of May, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1

**Submitted by:**

/s/ Samuel I. Kane
Samuel I. Kane
LAW OFFICES OF SAMUEL I. KANE
1018 E. Amador
Las Cruces, NM 88001
*Attorney for Plaintiff*


**Stipulated by:**

/s/ Todd A. Schwarz  – Approved via email
Todd A. Schwarz
Post Office Box 25687
Albuquerque, NM 87125
*Attorney for Defendants*